JOHN A. SEBASTINELLI, ESQ., SBN 127859
jsebastinelli@mrllp.com
JEFFREY D. FARROW, ESQ. SBN 180019
jfarrow@mrllp.com
ROBIN JAMES, ESQ., SBN 150143
rjames@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave., 10th Floor
Irvine, CA 92614
Telephone:  714-557-7990
Facsimile:  714-557-7991

Attorneys for Defendants YOGESH KUMAR; LINKS INSURANCE SERVICES, INC.; and NATIONAL TRANSPORTATION ASSOCIATES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRED C. GODINEZ, III; YOGESH KUMAR; LINKS INSURANCE SERVICES, INC.; and NATIONAL TRANSPORTATION ASSOCIATES, INC. dba NTA GENERAL INSURANCE AGENCY INC.,<br><br>Defendants. | Case No.:  2:11-cv-00934-MCE-GGH<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANTS YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., AND NATIONAL TRANSPORTATION ASSOCIATES, INC. dba NTA GENERAL INSURANCE AGENCY, INC.'S AN EXTENSION OF TIME TO ANSWER AND/OR RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Courtroom:  7<br>Complaint:  April 7, 2011<br>Trial date:  None set |

**<u>ORDER</u>**

Based on the stipulations of the parties filed on January 13, 2012  and January 27, 2012, defendants Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. have an extension of time to

1  answer and/or otherwise respond to plaintiff Universal Casualty Company's first amended
2  complaint to and including February 17, 2012.
3
4        IT IS SO ORDERED.
5
6  Dated:  February 22, 2012
7                                    _____
8                                    MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING DEFENDANTS YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., AND NATIONAL TRANSPORTATION ASSOCIATES, INC. dba NTA GENERAL INSURANCE AGENCY, INC.'S AN EXTENSION OF TIME TO ANSWER AND/OR RESPOND TO FIRST AMENDED COMPLAINT**

128944

**PROOF OF SERVICE**
*Universal Casualty Company v. Fred C. Godinez, Iii,,Yogesh Kumar, Et Al.*
USDC, E.D., Case No.: Case No.:  2:11-cv-00934-MCE –GGH

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen and not a party to the within action. I am employed in the County of Orange, State of California. My business address is 17901 Von Karman Ave., 10th Floor, Irvine, CA 92614.

On February 22, 2012, I served the foregoing document(s) described as

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY NATIONAL TRANSPORTATION ASSOCIATES, INC. TO DISMISS COMPLAINT**

on all interested parties in this action as follows:

| | |
|---|---|
| David Alexander Darcy | Jose Aleberto Velasco |
| Askounis & Darcy, PC | Velasco & Associates |
| 401 N. Michigan Ave., Suite 550 | 300 S. Harbor Boulevard, Suite 800 |
| Chicago, IL 60611 | Anaheim, CA  92805 |
| Tel: 312-784-2400 | Telephone No.: (714) 774-3500 |
| Fax: 312-784-2410 | Facsimile No.:  (714) 74-3535 |
| adarcy@askounisdarcy.com | jose@jvley.com |
| *Attorney for Plaintiff Universal Casualty Company* | Attorney for Defendant Fred C. Godinez, III |

(X)   (**BY CM/ECF**) for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing system.

(X)   **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2012, at Irvine, California.

---

3    2:11-cv-00934-MCE-GGH

**[PROPOSED] ORDER GRANTING DEFENDANTS YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., AND NATIONAL TRANSPORTATION ASSOCIATES, INC. dba NTA GENERAL INSURANCE AGENCY, INC.'S AN EXTENSION OF TIME TO ANSWER AND/OR RESPOND TO FIRST AMENDED COMPLAINT**

128944

1  
2                                        Deborah Prude  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

**[PROPOSED] ORDER GRANTING DEFENDANTS YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., AND NATIONAL TRANSPORTATION ASSOCIATES, INC. dba NTA GENERAL INSURANCE AGENCY, INC.'S AN EXTENSION OF TIME TO ANSWER AND/OR RESPOND TO FIRST AMENDED COMPLAINT**

128944