1  Alex Darcy (CSBA No. 189315)
   Askounis & Darcy, PC
2  401 N. Michigan Ave.,
   Suite 550
3  Chicago, Illinois 60611
   Tel: (312) 784-2400
4  Fax: (312) 784-2410
   adarcy@askounisdarcy.com
5
   Attorney for Plaintiff
6  UNIVERSAL CASUALTY COMPANY

7                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
8

9  UNIVERSAL CASUALTY COMPANY,          )    Case No. 2:11-cv-00934-MCE-GGH
                                        )    Judge Morrison C. England, Jr.
10                Plaintiff,            )
                                        )
11         v.                          )    **ORDER GRANTING PLAINTIFF**
                                        )    **UNIVERSAL CASUALTY**
12  FRED C. GODINEZ, III,              )    **COMPANY'S REQUEST TO APPEAR**
    YOGESH KUMAR, LINKS INSURANCE       )    **TELEPHONICALLY AT THE**
13  SERVICES, INC., and NATIONAL        )    **HEARING ON MOTION TO DISMISS**
    TRANSPORTATION ASSOCIATES, INC.     )    **COMPLAINT**
14  D/B/A NTA GENERAL INSURANCE         )
    AGENCY,                             )
15                                      )    Hearing Date: April 5, 2012
                  Defendants.           )    Time: 2:00 p.m. PST
16  _____    )    Courtroom 7

17

18                              **ORDER**

19

20

21         The Court having reviewed Plaintiff Universal Casualty Company's Request to Appear

22  Telephonically at the Hearing on the Motion to Dismiss Complaint ("Request") and good cause

23  appearing, therefore hereby orders as follows:

24  ///

25  ///

26  ///

27  _____

28  *Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and*
    *National Transportation Associates, Inc. D/B/A NTA General Insurance Agency — [Proposed] Order Granting*
    *Request to Appear Telephonically Relating to Opposition to Motion to Dismiss Complaint*
    *Case No. 2:11-cv-00934-MCE-GGH*

1    IT IS HEREBY ORDERED that Plaintiff Universal Casualty Company may appear

2    telephonically at the Motion to Dismiss Complaint set to be heard on Thursday, April 5, 2012, at

3    2:00 p.m. PST in Courtroom 7, before the Honorable Morrison C. England, Jr., of the above-entitled

4    Court, by and though its counsel, Alex Darcy.  The Courtroom Deputy Clerk is to initiate the

5    telephone call to the number provided in the Request 5-10 minutes prior to the time of the scheduled

6    hearing through the court's telephone conferencing system in the courtroom.

7    IT IS SO ORDERED.

8    Dated:  March 27, 2012

9

10                                                             MORRISON C. ENGLAND, JR.

11                                                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency — [Proposed] Order Granting Request to Appear Telephonically Relating to Opposition to Motion to Dismiss Complaint Case No. 2:11-cv-00934-MCE-GGH*

2