Alex Darcy (CSBA No. 189315)
Askounis & Darcy, PC
401 N. Michigan Ave.,
Suite 550
Chicago, Illinois 60611
Tel: (312) 784-2400
Fax: (312) 784-2410
adarcy@askounisdarcy.com

Attorney for Plaintiff
UNIVERSAL CASUALTY COMPANY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRED C. GODINEZ, III,<br>YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY,<br><br>　　　　Defendants. | Case No. 2:11-cv-00934-MCE-GGH<br>Judge Morrison C. England, Jr.<br><br>**ORDER GRANTING PLAINTIFF UNIVERSAL CASUALTY COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: April 5, 2012<br>Time: 2:00 p.m. PST<br>Courtroom 7 |

### ORDER

The Court having reviewed Plaintiff Universal Casualty Company's Request to Appear Telephonically at the Hearing on the Motion to Dismiss Complaint ("Request") and good cause appearing, therefore hereby orders as follows:

///

///

///

---

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency  — [Proposed] Order Granting Request to Appear Telephonically Relating to Opposition to Motion to Dismiss Complaint*
*Case No. 2:11-cv-00934-MCE-GGH*

1  IT IS HEREBY ORDERED that Plaintiff Universal Casualty Company may appear telephonically at the Motion to Dismiss Complaint set to be heard on Thursday, April 5, 2012, at 2:00 p.m. PST in Courtroom 7, before the Honorable Morrison C. England, Jr., of the above-entitled Court, by and though its counsel, Alex Darcy.  The Courtroom Deputy Clerk is to initiate the telephone call to the number provided in the Request 5-10 minutes prior to the time of the scheduled hearing through the court's telephone conferencing system in the courtroom.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency  — [Proposed] Order Granting Request to Appear Telephonically Relating to Opposition to Motion to Dismiss Complaint*
*Case No. 2:11-cv-00934-MCE-GGH*

2