Alex Darcy (CSBA No. 189315)
Askounis & Darcy, PC
444 N. Michigan Ave.,
Suite 3270
Chicago, Illinois 60611
Tel: (312) 784-2400
Fax: (312) 784-2410
adarcy@askounisdarcy.com

Attorney for Plaintiff
UNIVERSAL CASUALTY COMPANY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>          Plaintiff,<br>     v.<br><br><br><br>FRED C. GODINEZ, III<br>YOGESH KUMAR, LINKS INSURANCE<br>SERVICES, INC., and NATIONAL<br>TRANSPORTATION ASSOCIATES, INC.<br>D/B/A NTA GENERAL INSURANCE<br>AGENCY<br>          Defendant. | Case No. 2:11-cv-00934-MCE-AC<br>Chief Judge Morrison C. England, Jr.<br>Magistrate Judge Allison Claire<br><br>[PROPOSED]<br>**ORDER GRANTING PLAINTIFF UNIVERSAL CASUALTY COMPANY'S MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Hearing Date: April 4, 2013<br>Time: 2:00 PM PST<br>Courtroom: Courtroom 7, 14th floor<br><br>Complaint Filed: April 7, 2011<br>Trial Date: February 24, 2014 |

1

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and*
*National Transportation Associates, Inc. D/B/A NTA General Insurance Agency – Proposed Order – Motion to Modify Pretrial Scheduling Order*

*Case No.  2:11-cv-00934-MCE-AC*

## **ORDER**

THIS MATTER coming to be heard on the Motion to Modify Pretrial Scheduling Order brought by Plaintiff UNIVERSAL CASUALTY COMPANY before this Court on April 4, 2013 in Courtroom 7, with the Honorable Chief Judge Morrison C. England, Jr. presiding, due notice having been given, and the Court being fully advised in the premise;

**IT IS HEREBY ORDERED** that after considering the Motion, the Court hereby grants the Motion to Modify Pretrial Scheduling Order, as follows:

1) The deadline to complete non-expert discovery shall be extended from April 24, 2013 to July 22, 2013;

2) All other dates in the Pretrial Scheduling Order shall be extended by 90 days.

DATED: March 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency – Proposed Order – Motion to Modify Pretrial Scheduling Order*

*Case No.  2:11-cv-00934-MCE-AC*