IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNIVERSAL CASUALTY CO.,

     Plaintiffs,                    No. 2:11-cv-0934 MCE AC

     v.

FRED C. GODINEZ, III, *et al.*,

     Defendants.                <u>ORDER</u>

        Presently pending before the court is plaintiff's motion to compel, filed on February 28, 2013 and noticed for hearing on April 17, 2013. ECF No. 75. In addition to noticing this motion for hearing, plaintiff's counsel also submitted briefing in support of the motion.

        Because plaintiff's motion does not appear to involve a "complete and total failure to respond to a discovery request or order" and the imposition of sanctions is not the only relief sought here, the parties are required to prepare a <u>joint statement</u> regarding their discovery disagreement pursuant to Local Rule 251(c) and otherwise comply with Local Rule 251's requirements. <u>See</u> E.D. Cal. L.R. 251(c), (e)-(f). All argument regarding these motions shall be contained in the joint statement, and the court will not consider any other briefing submitted.

1

However, the joint statement may refer to appropriate declarations and exhibits, either already filed or filed concurrently with the joint statement, for any necessary factual material.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than April 10, 2013, the parties shall file a joint statement regarding the pending discovery motion in accordance with Local Rule 251.

2. Counsel are cautioned that failure to comply with Local Rule 251's requirements may result in the imposition of any appropriate sanctions.

DATED: April 3, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;univ0934.jo.disc_stmnt