Tammy Horton Lund, SBN.:125886
**VELASCO & ASSOCIATES**
**Professional Law Corporation**
300 South Harbor Blvd., Suite 520
Anaheim, California 92805
Telephone:(714)774-3500
Facsimile: (714) 774-3535

Attorneys for Defendant
FRED C. GODINEZ, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D.B.A. NTA GENERAL ISNURANCE AGENCY, INC.<br><br>　　　　Defendants. | **CASE NO.: 2:11-cv-00934-MCE-AC**<br><br>**HON. CAROLYN K. DELANEY.**<br><br>**STIPULATION TO CONTINUE MSC AND ORDER THEREON**<br><br>Complaint filed:　April 7, 2011<br>Trial date:　　　05/09/2014 |

**TO THE COURT:**

WHEREAS A Mandatory Settlement Conference ("MSC") is Scheduled for Friday, April 12, 2013 at 9:30 a.m. before the Honorable Carolyn K. Delaney; and

WHEREAS Defendant Fred C. Godinez is also a defendant in the matter of <u>Crusader v. Godinez</u>, Case No.: BC479071, which is currently pending in the Los Angeles Superior Court, and is represented in the <u>Crusader</u> matter by Tammy Horton Lund of Velasco & Associates, his attorneys in the present action; and

---

1  WHEREAS the Crusader case is scheduled to begin trial on April 10, 2013 and is not
2  expected to be concluded before April 12, 2012; and

3  WHEREAS both Mr. Godinez and his attorney will be unable to attend the currently
4  scheduled MSC;

5  THEREFORE, all parties, through their counsel of record, hereby stipulate that the
6  Mandatory Settlement Conference by continued to October 25, 2013 at 9:30 a.m. and the
7  deadline to submit the Confidential Settlement Conference Statements be continued to October
8  18, 2013.

9  **SO STIPULATED.**

**MORRIS & STONE, LLP**

Dated:  April 10, 2013                    By:   /s/Aaron P. Morris
                                          AARON P. MORRIS
                                          Attorneys for Defendants YOGESH KUMAR;
                                          LINKS INSURANCE SERVICES, INC, and
                                          NATIONAL TRANSPORTATION ASSOCIATES,
                                          INC.

**ASKOUNIS & DARCY, P.C.**

Dated:  April 10, 2013                    By:   /s/Alex Darcy
                                          ALEX DARCY, ESQ.
                                          Attorneys for Plaintiff UNIVERSAL CASUALTY
                                          COMPANY

**VELASCO & ASSOCIATES**

Dated:  April 10, 2013                    By:   /s/Tammy Horton Lund
                                          TAMMY HORTON LUND
                                          Attorneys for Defendant FRED C. GODINEZ, III.

**IT IS SO ORDERED**
   DATED: April 10, 2013

                          By:    ____/s/ Carolyn K. Delaney_____
                                 CAROLYN K. DELANEY
                                 United States Magistrate Judge