Tammy Horton Lund, SBN.:125886
**VELASCO & ASSOCIATES**
**Professional Law Corporation**
300 South Harbor Blvd., Suite 520
Anaheim, California 92805
Telephone:(714)774-3500
Facsimile: (714) 774-3535

Attorneys for Defendant
FRED C. GODINEZ, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D.B.A. NTA GENERAL ISNURANCE AGENCY, INC.<br><br>         Defendants. | **CASE NO.: 2:11-cv-00934-MCE-AC**<br><br>**HON. CAROLYN K. DELANEY.**<br><br>**STIPULATION TO CONTINUE MSC AND ORDER THEREON**<br><br>Complaint filed:   April 7, 2011<br>Trial date:            05/09/2014 |

**TO THE COURT:**

WHEREAS A Mandatory Settlement Conference ("MSC") is Scheduled for Friday, April 12, 2013 at 9:30 a.m. before the Honorable Carolyn K. Delaney; and

WHEREAS Defendant Fred C. Godinez is also a defendant in the matter of <u>Crusader v. Godinez</u>, Case No.: BC479071, which is currently pending in the Los Angeles Superior Court, and is represented in the <u>Crusader</u> matter by Tammy Horton Lund of Velasco & Associates, his attorneys in the present action; and

---

WHEREAS the <u>Crusader</u> case is scheduled to begin trial on April 10, 2013 and is not expected to be concluded before April 12, 2012; and

WHEREAS both Mr. Godinez and his attorney will be unable to attend the currently scheduled MSC;

THEREFORE, all parties, through their counsel of record, hereby stipulate that the Mandatory Settlement Conference by continued to October 25, 2013 at 9:30 a.m. and the deadline to submit the Confidential Settlement Conference Statements be continued to October 18, 2013.

**SO STIPULATED.**

**MORRIS & STONE, LLP**

Dated: April 10, 2013   By: /s/Aaron P. Morris
AARON P. MORRIS
Attorneys for Defendants YOGESH KUMAR; LINKS INSURANCE SERVICES, INC, and NATIONAL TRANSPORTATION ASSOCIATES, INC.

**ASKOUNIS & DARCY, P.C.**

Dated: April 10, 2013   By: /s/Alex Darcy
ALEX DARCY, ESQ.
Attorneys for Plaintiff UNIVERSAL CASUALTY COMPANY

**VELASCO & ASSOCIATES**

Dated: April 10, 2013   By: /s/Tammy Horton Lund
TAMMY HORTON LUND
Attorneys for Defendant FRED C. GODINEZ, III.

**IT IS SO ORDERED**
DATED: April 10, 2013

By: ____/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
United States Magistrate Judge