1 Alex Darcy (CSBA No. 189315)
Askounis & Darcy, PC
2 444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
3 Tel: (312) 784-2400
Fax: (312) 784-2410
4 adarcy@askounisdarcy.com

5
Attorney for Plaintiff
6 UNIVERSAL CASUALTY COMPANY

7                    **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
8                          **SACRAMENTO DIVISION**

9                                                    )
10 UNIVERSAL CASUALTY COMPANY,      )      Case No. 2:11-CV-00934-MCE-AC
                                     )      Chief Judge Morrison C. England, Jr.
11                                   )      Magistrate Judge Allison Claire
                                     )
12          Plaintiff,              )      **JOINT STIPULATION TO CONTINUE**
                                     )      **HEARING ON PLAINTIFF'S**
13                                   )      **MOTION TO COMPEL**
                                     )      **AND ORDER THEREON**
14      v.                           )
                                     )
15                                   )
FRED C. GODINEZ, III,                )
16 YOGESH KUMAR, LINKS INSURANCE )      Hearing Date:  May 1, 2013
SERVICES, INC., and NATIONAL         )      Hearing Time: 9:00 a.m. PST
17 TRANSPORTATION ASSOCIATES, INC. )      Courtroom: Courtroom 26, 8th floor
D/B/A NTA GENERAL INSURANCE          )
18 AGENCY, INC.,                     )      Complaint Filed: April 7, 2011
                                     )      Trial Date:  May 19, 2014, 9:00 a.m. PST
19                                   )
          Defendants.                )
20 _____)

21

22          **TO THE COURT**:

23          The Parties to the Motion to Compel, Plaintiff Universal Casualty Company

24 ("Universal," "UCC" or "Plaintiff") and Defendants Yogesh Kumar ("Kumar"), Links Insurance

25 Services, Inc. ("Links"), National Transportation Associates, Inc. d/b/a NTA General Insurance

26 Agency, Inc. ("NTA") (collectively, the "Discovery Defendants"), by and through their counsel

27

28 Second Joint Discovery Statement Regarding Discovery Dispute Relating to Plaintiff Universal Casualty
Company's Motion to Compel
Case No. 2:11-CV-00934-MCE-AC

                                            1

of record, **hereby stipulate that the hearing on the Motion to Compel be continued until May 15, 2013, 10:00 am PST**, based on the following:

1.   It is UCC's understanding that the Parties have reached an Agreement regarding all deficiencies relating to the Discovery Requests directed to the Discovery Defendants and that UCC would receive all outstanding responses and document productions (aside from the Settlement Agreement with Crusader Insurance Company which Links and Kumar agreed to produce upon this Court's Order) by April 29, 2013.

2.   On the evening on April 23, 2013, UCC received an e-mail from the counsel for the Discovering Defendants which contained access via Dropbox to what was represented to be document production for NTA, Links, (but not Kumar), which consists of approximately 5,500 pages of documents.  Kumar's outstanding discovery responses are due by April 29, 2013.

3.   Due to the voluminous nature of this recent document production, **UCC would like to ask this Court to continue the May 1, 2013 hearing on the Motion to Compel  to May 15, 2013, so that UCC can review the documents that have just been produced and the documents due early next week, and subsequently confer with the Discovering Defendants regarding any deficiencies**. **The Discovery Defendants do not object to this continuance**.

4.   To the extent that any of the deficiencies are cured, UCC will be withdrawing its Motion to Compel relating to those deficiencies.

5.   Counsel for the Discovering Defendants has reviewed and approved the wording of this stipulation and have authorized UCC's counsel to submit this stipulation on their behalf.

**SO STIPULATED**.

Date: April 29, 2013                         UNIVERSAL CASUALTY COMPANY

                                                      By:      /s / Alex Darcy

Second Joint Discovery Statement Regarding Discovery Dispute Relating to Plaintiff Universal Casualty
Company's Motion to Compel
Case No. 2:11-CV-00934-MCE-AC

2

1

Alex Darcy, Esq. (ARDC# 189315)
ASKOUNIS & DARCY, P.C.
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
312/784-2400
312/784-2410 (Facsimile)

2

3

4

5

Dated: April 29, 2013                    MORRIS & STONE, LLP

6

By:      /s/ Aaron P. Morris_____

7

Aaron P.  Morris, Esq. (SBN #130727)
MORRIS & STONE, LLP

8

17852 E. 17th Street, Suite 201
Tustin, CA 92780

9

Tel: (714) 954-0700
Fax: (714) 242-2058

10

11

12

**IT IS SO ORDERED**

13

**Dated: May 8, 2013.**

14

B [signature]

15

ALLISON CLAIRE
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Joint Discovery Statement Regarding Discovery Dispute Relating to Plaintiff Universal Casualty
Company's Motion to Compel
Case No. 2:11-CV-00934-MCE-AC

3