IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNIVERSAL CASUALTY CO.,

    Plaintiffs,    No. 2:11-cv-0934 MCE AC

    v.

FRED C. GODINEZ, III, *et al.*,

    Defendants.    <u>ORDER</u>

_____/

    Pending before the court is a May 8, 2013 stipulation regarding plaintiff's February 28, 2013 motion to compel. There, the parties represent that they have reached an agreement as to the pending discovery dispute, and accordingly the hearing on the motion to compel will be vacated.

    The parties also represent that there remains one issue involving the production of a Settlement Agreement entered into between defendants Yogesh Kumar ("Kumar") and Links Insurance Services, Inc. ("Links") with third-party defendant Crusader Insurance Company. Plaintiff, Kumar, and Links have signed the stipulation for the production of a redacted copy of the Settlement Agreement. They assert that this document may only be produced on court order. However, other than these conclusory assertions, there is no discussion of the nature of the

1

Settlement Agreement, in what context it was entered into, or why it may only be produced by court order. Furthermore, the court notes that there is no statement from Crusader Insurance Company as to this issue.

Accordingly, IT IS HEREBY ORDERED that:

1. The court adopts the stipulation of the parties as it relates to plaintiff's motion to compel. The motion to compel is therefore deemed withdrawn, and the May 15, 2013 hearing on plaintiff's motion is vacated from calendar;

2. The court declines to adopt the remainder of the stipulation as to the Settlement Agreement. If a dispute remains as to its production, the parties shall file a stipulation with the signature of all interested parties, including Crusader Insurance Company, or plaintiff shall file a motion to compel.

DATED: May 9, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;univ0934.stip