UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, | No. 2:11-cv-00934-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC D/B/A NTA GENERAL INSURANCE AGENCY, | |
| Defendants. | |

Presently before the Court is a Motion, brought by Plaintiff Universal Casualty Company ("Plaintiff"), that seeks to modify the Court's Pretrial Scheduling Order in this matter (ECF No. 81). Specifically, Plaintiff asks that the Court extend the time for completing discovery for approximately two months on grounds that the defense propounded discovery responses, just one month prior to the scheduled completion date, that calls for documents and information located outside of Plaintiff's corporate headquarters in Elk Grove Village, Illinois, both in Minnesota and at the offices of various third party administrators. According to Plaintiff, the logistical difficulties encountered by obtaining that information make an extension necessary.

No opposition has been submitted to the Motion, and according to Plaintiff the proposed extension will not affect any other deadlines in this matter.

Given the lack of any opposition, and good cause appearing, Plaintiff's Motion (ECF No. 102) is GRANTED.[1] The deadline for completing fact discovery, as set forth in the Amended Pretrial Scheduling Order, is extended from July 22, 2013 to September 27, 2013. All other dates and deadlines set forth in said Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Having determined that oral argument was not of material assistance, the Court found this matter suitable for decision without oral argument.  E.D. Local Rule 230(g).