UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRED GODINEZ, III, et al.,<br><br>Defendants. | No.  2:11-cv-0934 MCE AC<br><br><br><br>ORDER |

The Court having reviewed the request by Defendants YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., AND NATIONAL TRANSPORTATION ASSOCIATES, INC. to appear telephonically at the Settlement Conference, THE COURT FINDS AS FOLLOWS:

Pursuant to the order filed March 29, 2013, each party was directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  The court has been advised that defendant Kumar is presently out of the country in India.  The court will allow telephonic appearance this one time of defendant Kumar for purposes of the settlement conference.  Defendant is cautioned, however, that further failure to comply with court orders may result in the imposition of sanctions, including a recommendation that defendant's answer be stricken.

/////

/////

Accordingly, IT IS HEREBY ORDERED that Defendant YOGESH KUMAR, individually and as the corporate representative for LINKS INSURANCE SERVICES, INC. and NATIONAL TRANSPORTATION ASSOCIATES, INC., may appear telephonically at the Settlement Conference set to occur on Friday, October 25, 2013, at 9:30 a.m. PST in Courtroom 24, before the Honorable Carolyn K. Delaney, of the above-entitled Court.  Yogesh Kumar shall remain ready and able to receive any and all telephone calls during the Settlement Conference.

Dated:  October 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  ucc-godinez.sett