1  Alex Darcy (CSBA No. 189315)
   Michael W. Debre, PHV (IL #6296197)
2  Askounis & Darcy, PC
   444 N. Michigan Ave., Suite 3270
3  Chicago, Illinois 60611
   T: 312-784-2400
4  F: 312-784-2410
   adarcy@askounisdarcy.com
5  mdebre@askounisdarcy.com

6
   Attorneys for Plaintiff
7  UNIVERAL CASUALTY COMPANY

8              **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF CALIFORNIA**
9                **SACRAMENTO DIVISION**

10

11  UNIVERSAL CASUALTY COMPANY,   )   Case No. 2:11-CV-00934-MCE-AC
                                  )   Chief Judge Morrison C. England, Jr.
            Plaintiff,            )   Magistrate Judge Allison Claire
12                                )
13      v.                        )   ORDER GRANTING
                                  )   UCC'S MOTION FOR EXTENSION OF
14                                )   TIME TO COMPLETE DISPOSITIONAL
    FRED C. GODINEZ, III,         )   DOCUMENTS RELATED TO
15  YOGESH KUMAR, LINKS INSURANCE )   SETTLEMENT BETWEEN UCC AND
    SERVICES, INC., and NATIONAL  )   GODINEZ
16  TRANSPORTATION ASSOCIATES, INC. )
    D/B/A NTA GENERAL INSURANCE   )   Hearing Date: January 9, 2014
17  AGENCY, INC.,                 )   Hearing Time: 2PM PST
                                  )   Courtroom: 7, 14th floor
18          Defendants.           )
19                                )   Complaint Filed: April 7, 2011
    _____ )   Trial Date:  May 19, 2014, 9AM PST
20

21                           **ORDER**

22          THIS MATTER coming to be heard on Plaintiff Universal Casualty Company's Motion

23  for Extension of Time to Complete Dispositional Documents related to Settlement between

24

25

26  *Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National*
    *Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – [Proposed] Order granting UCC's*
27  *Motion for Extension of Time to Complete Dispositional Documents related to Settlement between UCC and*
    *Godinez.*
28
    *Case No.* 2:11-cv-00934-MCE-GGH

1   Universal Casualty Company and Defendant Fred C. Godinez, III, due notice having been given

2   and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

3       1.      Universal Casualty Company's Motion for Extension of Time to Complete

4   Dispositional Documents related to Settlement between Universal Casualty Company and

5   Defendant Fred C. Godinez, III, is granted.

6       2.      The deadline by which Universal Casualty Company and Fred C. Godinez, III,

7   must complete the dispositional documents related to the settlement between Universal Casualty

8   Company and Fred C. Godinez, III, is extended by fourteen (14) days, from October 24, 2013 to

9

10  December 8, 2013.

11          IT IS SO ORDERED.

12  Dated:  December 3, 2013

13

14  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
15  UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26  *Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National*
    *Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – [Proposed] Order granting UCC's*
27  *Motion for Extension of Time to Complete Dispositional Documents related to Settlement between UCC and*
    *Godinez.*
28
    *Case No.* 2:11-cv-00934-MCE-GGH