Alex Darcy (CSBA No. 189315)
Michael W. Debre, PHV (IL #6296197)
Askounis & Darcy, PC
444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
T: 312-784-2400
F: 312-784-2410
adarcy@askounisdarcy.com
mdebre@askounisdarcy.com

Attorneys for Plaintiff
UNIVERAL CASUALTY COMPANY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, | Case No. 2:11-CV-00934-MCE-AC |
| | Chief Judge Morrison C. England, Jr. |
| Plaintiff, | Magistrate Judge Allison Claire |
| v. | ORDER GRANTING UCC'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISPOSITIONAL DOCUMENTS RELATED TO SETTLEMENT BETWEEN UCC AND GODINEZ |
| FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY, INC., | |
| | Hearing Date: January 9, 2014 |
| | Hearing Time: 2PM PST |
| | Courtroom: 7, 14th floor |
| Defendants. | |
| | Complaint Filed: April 7, 2011 |
| | Trial Date: May 19, 2014, 9AM PST |

## ORDER

THIS MATTER coming to be heard on Plaintiff Universal Casualty Company's Motion for Extension of Time to Complete Dispositional Documents related to Settlement between

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – [Proposed] Order granting UCC's Motion for Extension of Time to Complete Dispositional Documents related to Settlement between UCC and Godinez.*

*Case No.* 2:11-cv-00934-MCE-GGH

Universal Casualty Company and Defendant Fred C. Godinez, III, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

    1.    Universal Casualty Company's Motion for Extension of Time to Complete Dispositional Documents related to Settlement between Universal Casualty Company and Defendant Fred C. Godinez, III, is granted.

    2.    The deadline by which Universal Casualty Company and Fred C. Godinez, III, must complete the dispositional documents related to the settlement between Universal Casualty Company and Fred C. Godinez, III, is extended by fourteen (14) days, from October 24, 2013 to December 8, 2013.

    IT IS SO ORDERED.

Dated: December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – [Proposed] Order granting UCC's Motion for Extension of Time to Complete Dispositional Documents related to Settlement between UCC and Godinez.*

*Case No.* 2:11-cv-00934-MCE-GGH