Alex Darcy (CSBA No. 189315)
Michael W. Debre, PHV (IL #6296197)
Askounis & Darcy, PC
444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
Tel: (312) 784-2400
Fax: (312) 784-2410
mdebre@askounisdarcy.com
adarcy@askounisdarcy.com

Attorney for Plaintiff
UNIVERSAL CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, | Case No. 2:11-cv-00934-MCE-AC |
| | Chief Judge Morrison C. England, Jr. |
| | Magistrate Judge Allison Claire |
| Plaintiff, | |
| v. | ORDER GRANTING |
| | JOINT MOTION FOR ENTRY OF |
| | JUDGMENT AGAINST |
| FRED C. GODINEZ, III | FRED C. GODINEZ, III |
| YOGESH KUMAR, LINKS INSURANCE | |
| SERVICES, INC., and NATIONAL | Hearing Date: February 6, 2014 |
| TRANSPORTATION ASSOCIATES, INC. | Time: 2PM PST |
| D/B/A NTA GENERAL INSURANCE | Courtroom: Courtroom 7, 14th Floor |
| AGENCY | |
| Defendant. | Complaint Filed:  April 7, 2011 |
| | Trial Date:  May 19, 2014, 9AM PST |

**ORDER**

Presently before the Court is Universal Casualty Company's and Fred C. Godinez, III's Joint Motion for Entry of Final Judgment against Fred C. Godinez, III.  IT IS HEREBY ORDERED THAT:

1. The parties' Joint Motion for Entry of Final Judgment against Fred C. Godinez, III (ECF No. 145), is GRANTED; and

///

---

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency  — Order pursuant to Universal's and Godinez's Joint Motion for Entry of Final Judgment against Godinez - Case No. 2:11-cv-00934-MCE-GGH*

2. Judgment is entered in favor of Universal Casualty Company and against Fred C. Godinez, III, in the amount of $1,950,000.00 under the Second Cause of Action of UCC's First Amended Complaint.

3. This action will proceed on the remaining claims against the remaining parties.

IT IS SO ORDERED.

Dated: January 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Universal Casualty Company v. Fred Godinez, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency — Order pursuant to Universal's and Godinez's Joint Motion for Entry of Final Judgment against Godinez - Case No. 2:11-cv-00934-MCE-GGH*