UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY , <br><br> Plaintiff, <br><br> v. <br><br> FRED C. GODINEZ, III, et al., <br><br> Defendant. | Case No.  2:11-cv-0934-MCE-AC <br><br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Universal Casualty Company and against Fred C. Godinez, III, in the amount of $1,950,000.00 under the  Second Cause of Action of UCC's First Amended Complaint.

Date: January 24, 2014                    MARIANNE MATHERLY, CLERK

                                          By: /s/  K. Zignago
                                          Deputy Clerk