Alex Darcy (CSBA No. 189315)
Michael W. Debre, PHV (IL #6296197)
Askounis & Darcy, PC
444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
T: 312-784-2400
F: 312-784-2410
adarcy@askounisdarcy.com
mdebre@askounisdarcy.com

Attorneys for Plaintiff
UNIVERSAL CASUALTY COMPANY

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY, INC., <br><br> Defendants. | Case No. 2:11-CV-00934-MCE-AC <br> Chief Judge Morrison C. England, Jr. <br> Magistrate Judge Allison Claire <br><br> ORDER GRANTING <br> EX PARTE JOINT APPLICATION TO <br> CONTINUE PRE-TRIAL CONFERENCE <br><br><br><br><br><br> Complaint Filed: April 7, 2011 <br> Trial Date: May 19, 2014, 9AM PST |

### ORDER

THIS MATTER coming to be heard on the Ex Parte Joint Application to Continue Pre-Trial Conference, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Ex Parte Joint Application to Continue Pre-Trial Conference is GRANTED; and

---

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – Order granting Ex Parte Joint Application to Continue Pre-Trial Conference.*

Case No. 2:11-cv-00934-MCE-GGH

2.   The April 3, 2014 Pre-Trial Conference is VACATED and RE-SET to 2:00 p.m. on Thursday, April 10, 2014, in Courtroom 7.

3.   All due dates set forth in the 3/29/2013 Amended Pretrial Scheduling Order (ECF No 81) are confirmed.

4.   Finally, the parties are advised that no further continuances or modifications to the above date will be permitted.

IT IS SO ORDERED.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – Order granting Ex Parte Joint Application to Continue Pre-Trial Conference.*

*Case No.* 2:11-cv-00934-MCE-GGH