UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNIVERSAL CASUALTY COMPANY,      No. 2:11-cv-00934-MCE-AC

      Plaintiff,

  v.                            <u>AMENDED ORDER CONTINUING TRIAL</u>

YOGESH KUMAR, ET AL.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the May 19, 2014 jury trial is vacated and continued to **March 30, 2015,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 15, 2015.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 10, 2014 Final Pretrial Conference is vacated and continued to **February 5, 2015,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 15, 2015** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 15, 2015.** Oppositions must be filed by **January 22, 2015** and any reply must be filed by **January 29, 2015.** The motions will be heard by the Court at the same time as the Final Pretrial Conference. Accordingly, the February 27, 2014 Motion in Limine (ECF No. 159) is denied as moot and may be renoticed for the February 5, 2015 Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 28, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE