Alex Darcy (CSBA No. 189315)
Michael W. Debre, PHV (IL #6296197)
Askounis & Darcy, PC
444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
T: 312-784-2400
F: 312-784-2410
adarcy@askounisdarcy.com
mdebre@askounisdarcy.com

Attorneys for Plaintiff
UNIVERSAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> FRED C. GODINEZ, III, ) <br> YOGESH KUMAR, LINKS INSURANCE ) <br> SERVICES, INC., and NATIONAL ) <br> TRANSPORTATION ASSOCIATES, INC. ) <br> D/B/A NTA GENERAL INSURANCE ) <br> AGENCY, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:11-CV-00934-MCE-AC <br> Chief Judge Morrison C. England, Jr. <br> Magistrate Judge Allison Claire <br><br> ORDER GRANTING <br> EX PARTE JOINT APPLICATION TO <br> CONTINUE DEADLINES RELATED TO <br> EVIDENTIARY AND PROCEDURAL <br> MOTIONS <br><br><br><br><br><br> Complaint Filed: April 7, 2011 <br> Trial Date: November 9, 2015, 9AM |

## [PROPOSED] ORDER

THIS MATTER coming to be heard on the Ex Parte Joint Application to Continue Deadlines Related to Evidentiary and Procedural Motions, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

---

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – Order granting Ex Parte Joint Application to Continue Deadlines Related to Evidentiary and Procedural Motions.*

Case No. 2:11-cv-00934-MCE-GGH

1. The Ex Parte Joint Application to Continue Deadlines Related to Evidentiary and Procedural Motions (ECF No. 173) is GRANTED;

2. The deadline for the parties to file evidentiary and procedural motions is September 3, 2015;

3. The deadline for the parties to file their joint statement of the case is September 3, 2015;

4. The deadline for the parties to file oppositions to evidentiary and procedural motions is September 10, 2015;

5. The deadline for the parties to file replies supporting their evidentiary and procedural motions is September 14, 2015; and

6. All other deadlines and court hearings remain unchanged.

IT IS SO ORDERED.

Dated: August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Universal Casualty Company v. Fred C. Godinez, III, Yogesh Kumar, Links Insurance Services, Inc., and National Transportation Associates, Inc. D/B/A NTA General Insurance Agency, Inc. – Order granting Ex Parte Joint Application to Continue Deadlines Related to Evidentiary and Procedural Motions.*

Case No. 2:11-cv-00934-MCE-GGH