UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNIVERSAL CASUALTY COMPANY, | No. 2:11-cv-00934-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| FRED C. GODINEZ, III, et al., | |
| Defendants. | |

At the September 17, 2015, final pretrial conference in this matter, the Court continued the November 9, 2015, jury trial to March 28, 2016, and confirmed it for seven (7) days. The Court has since determined this case will be tried to a visiting judge. Accordingly, the March 28, 2016 trial date is hereby VACATED, and the jury trial is ADVANCED to its original date of November 9, 2015. Both a reassignment order and a final pretrial order will issue shortly.

IT IS SO ORDERED.

DATED: September 22, 2015

_____
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1