Alex Darcy (CSBA No. 189315)
Askounis & Darcy, PC
444 N. Michigan Ave., Suite 3270
Chicago, Illinois 60611
T: 312-784-2400
F: 312-784-2410
adarcy@askounisdarcy.com

Attorneys for Plaintiff
Universal Casualty Company

Aaron P. Morris (CSBA No. 130727)
Morris & Stone, LLP
17852 E. 17th Street, Suite 201
Tustin, California 92780
Tel: (714) 954-0700
Fax: (714) 242-2058
Morris@toplawfirm.com

Attorney for Defendants Yogesh Kumar, Links Insurance Services, Inc., National Transportation Associates, Inc. d/b/a NTA General Insurance Agency, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| UNIVERSAL CASUALTY COMPANY, | Case No. 2:11-CV-00934-MCE-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| FRED C. GODINEZ, III, YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., and NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY, INC., | Complaint Filed: April 7, 2011<br>Trial Date: November 9, 2015, 9AM PST |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL

1

*Case No.* 2:11-cv-00934-MCE-GGH – Stipulation and Order For Dismissal

Now Comes, Plaintiff Universal Casualty Company ("Plaintiff" or "UCC") and Defendants Yogesh Kumar ("Kumar"), Links Insurance Services, Inc. ("Links"), National Transportation Associates, Inc. d/b/a NTA General Insurance Agency, Inc. ("NTA") (collectively "Defendants"), by and through their respective counsel, and pursuant to the Settlement Agreement and Release between the parties, hereby submit the following stipulations:

It is hereby stipulated and agreed by and between the Parties, through their respective attorneys, that the above-entitled action, having been fully compromised and settled pursuant to the Settlement Agreement and Release, may be dismissed without prejudice and without costs to any party, with the Court to expressly reserve jurisdiction over this matter for purposes of enforcement of and resolving any disputes that may arise in the future regarding the Settlement Agreement and Release, pursuant to Kokkonen v. Guardian Life Ins., Co., (1994) 511 U.S. 375 [114 S.Ct. 1673, 128 L.Ed.2d 391].

Respectfully submitted,

UNIVERSAL CASUALTY COMPANY,

Date: October 27, 2015    By:    /s/ Alex Darcy
                                 Alex Darcy, Esq. (CSBA No. 189315)
                                 ASKOUNIS & DARCY, PC
                                 444 N. Michigan Ave., Suite 3270
                                 Chicago, IL 60611
                                 T: 312-784-2400
                                 F: 312-784-2410
                                 adarcy@askounisdarcy.com


YOGESH KUMAR, LINKS INSURANCE SERVICES, INC., NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY, INC.,

*Case No.* 2:11-cv-00934-MCE-GGH -- Stipulation and Order For Dismissal

By: /s/ Aaron P. Morris
Aaron P. Morris (CSBA No. 130727)
Morris & Stone, LLP
17852 E. 17th Street, Suite 201
Tustin, California 92780
T: 714-954-0700
F: 714-242-2058

## ORDER

THIS MATTER coming to be heard on the above Stipulation and Order for Dismissal, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Effective, November 10, 2015, this Cause is dismissed without prejudice and without costs.

2. Pursuant to Kokkonen v. Guardian Life Ins., Co., (1994) 511 U.S. 375 [114 S.Ct. 1673, 128 L.Ed.2d 391], Arata v. Nu Skin Int'l, Inc., 96 F.3d 1265 (9th Cir. 1996), the Court expressly reserves jurisdiction over the parties and this matter for purposes of enforcement of and resolving any disputes that may arise in the future regarding the Settlement Agreement and Release, including but not limited, to the entry of any judgment.

IT IS SO ORDERED.

Dated: October 28, 2015

HONORABLE UNITED STATES DISTRICT JUDGE

3
Case No. 2:11-cv-00934-MCE-GGH – Stipulation and Order For Dismissal